STEPHENSON, ACQUISTO & COLMAN
JOY Y. STEPHENSON, ESQ.  (SBN 113755)
BARRY SULLIVAN, ESQ.     (SBN 136571)
RICHARD A. LOVICH, ESQ.  (SBN 113472)
VIOLA RITA BROWN, ESQ.   (SBN 204681)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
VALLEY CARE HEALTH SYSTEM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY CARE HEALTH SYSTEM, a California non-profit health system,<br><br>Plaintiff,<br><br>vs.<br><br>ONE HEALTH ASSIST, a business entity, form unknown; and DOES 1 THROUGH 25, INCLUSIVE<br><br>Defendants | Case No.:  C 09-03621 MHP<br><br>*[Assigned to the Hon. Marilyn H. Patel]*<br><br>**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER** |

////
////
////

Fc5360                                                     - 1 -   STIPULATION FOR DIMISSAL; [PROPOSED] ORDER

1
2      IT IS HEREBY STIPULATED by and between the parties to this action
3  through their designated counsel that the above-captioned action be is dismissed
4  with prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)1(ii) without fees and cost
5  assessed to either party.
6
7  SO STIPULATED.
8
9  Dated: 4/2, 2010
10
11                                              STEPHENSON, ACQUISTO & COLMAN
12
                                                _____
13                                              VIOLA RITA BROWN
                                                Attorney for Plaintiff
14                                              VALLEY CARE HEALTH SYSTEM
15
16  Dated: 4/2, 2010
17                                              LAW OFFICES OF SETH E. WATKINS
18
                                                _____
19                                              SETH E. WATKINS
20                                              Attorney for Defendant
                                                ONEWORLD ASSIST, INC.
21
22
23        4/5/2010
24                                              IT IS SO ORDERED
25                                              [signature]
26                                              Judge Marilyn H. Patel
27
28

Fc5360                                  - 2 -     STIPULATION FOR DISMISSAL; [PROPOSED] ORDER

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226. On 2 April 2010, I served the foregoing document(s) entitled:

**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope addressed per the attached Service List.

[X]   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[ ]   BY FEDERAL EXPRESS: I caused such envelope(s), with overnight Federal Express Delivery Charges to be paid by this firm, to be deposited with the Federal Express Corporation at a regularly maintained facility on the aforementioned date. [C.C.P. 1013(c) 1013(d)]

[ ]   BY PERSONAL SERVICE: I caused the above-stated document(s) to be served by personally delivering a true copy thereof to the individuals identified above. [C.C.P. 1011(a); F.R.C.P. 5(b)]

[ ]   BY EXPRESS MAIL: I caused such envelope(s), with postage thereon fully prepaid and addressed to the party(s) shown above, to be deposited in a facility operated by the U.S. Postal Service and regularly maintained for the receipt of Express Mail on the aforementioned date. [C.C.P. 1013(c)]

[ ]   BY TELECOPIER: Service was effected on all parties at approximately ____:____ am/pm by transmitting said document(s) from this firm's facsimile machine (818/559-4477) to the facsimile machine number(s) shown above. Transmission to said numbers was successful as evidenced by a Transmission Report produced by the machine indicating the documents had been transmitted completely and without error. C.R.C. 2008(e), Cal. Civ. Proc. Code § 1013(e).

[ ]   BY ELECTRONIC SERVICE: By emailing true and correct copies to the persons at the electronic notification address(es) shown on the accompanying service list. The document(s) was/were served electronically and the transmission was reported as complete and without error.

[ ]   State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ]   Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 2 April 2010 in Burbank, California.

*Valencia Wilson*

VALENCIA WILSON

**SERVICE LIST**

Seth Watkins, Esq.
**Law Offices of Seth E. Watkins**
1771 Woodside Road
Redwood City, CA 94061
**Attorney for Defendant**

# [PROPOSED] ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefore.

IT IS HEREBY ORDERED THAT:

The above-captioned action is herby dismissed with prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)1(ii) without fees and cost being assessed to either party.

Dated: _____         By: _____

Hon. MARILYN H. PATEL,
NORTHERN DISTRICT
COURT OF CALIFORNIA

Fc5360

- 3 -   STIPULATION FOR DIMISSAL; [PROPOSED] ORDER